# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re: CAROL A. STILSON

Case No.: <u>1-05-91514-CLB</u>

Chapter: <u>7</u>

Debtor(s)

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that <u>Phillip A. Thielman (deceased)</u> Esq., of _____, lead attorney of record for <u>the Debtor, Carol A. Stilson</u> be changed, and that <u>Daniel E. Wisniewski</u>, Esq., of _____, be substituted in the place and stead of <u>Phillip A. Thielman</u> as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:

Daniel E. Wisniewski, Esq.
286 Delaware Avenue, Suite B
Buffalo, NY 14202-1801
Phone: (716) 847-8120; Email: dwisniewski2@verizon.net

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: _____

Phillip A. Thielman, deceased
_____
[Signature of withdrawing attorney]
(Print Name of Attorney and Law Firm Name)

Dated: 10 - 13 - 17

*Daniel E. Wisniewski*
Daniel E. Wisniewski, Esq.
[Signature of successor attorney]
(Print Name of Attorney and Law Firm Name)

Dated: 10/ 16/ 2017

*Carol A. Stilson*
Carol A. Stilson
[Signature of party] (Print Name of Party)

Dated: _____

_____
[Signature of party] (Print Name of Party)

attysubform

2/2010