**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: <br><br> Carol A. Stilson <br><br> Debtor(s) | Case No.: 1−05−91514−CLB <br> Chapter: 7 <br><br> SSN: xxx−xx−0855 |

# NOTICE PURSUANT TO BANKRUPTCY RULE 3004
## OF THE FILING OF A CLAIM BY THE DEBTOR OR TRUSTEE

**PLEASE TAKE NOTICE** that, pursuant to 11 USC §501(c) and Bankruptcy Rule 3004, a proof of claim has been filed on behalf of:

Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

    by (  )    the debtor or their attorney; or
         ( X )    the trustee or debtor−in−possession.

| | |
|---|---|
| Date: February 5, 2018 | Lisa Bertino Beaser <br> Clerk of Court |

Form claim501/Doc 34
www.nywb.uscourts.gov