# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: labelle | Date Created: 2/5/2018 |
| Case: 1−05−91514−CLB | Form ID: claim501 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr    Morris L. Horwitz    morris.horwitz@gmail.com
aty    Daniel E. Wisniewski    dwisniewski2@verizon.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Carol A. Stilson    341 Gold Street    Buffalo, NY 14206
14873745    Chase Cardmember Services    P.O. Box 15153    Wilmington, DE 19886

TOTAL: 2