# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: labelle | Date Created: 2/5/2018 |
| Case: 1−05−91514−CLB | Form ID: claim501 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Morris L. Horwitz      morris.horwitz@gmail.com
aty      Daniel E. Wisniewski      dwisniewski2@verizon.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Carol A. Stilson      341 Gold Street      Buffalo, NY 14206
14873746      M&T Bank      P.O. Box 15137      Wilmington, DE 19886

TOTAL: 2