Receipt #8127
$11089.50

# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy
Post Office Box 716
Getzville, New York 14068
(716) 830-3279 (tel)//(716) 748-6095(fax)

September 24, 2018



Lisa Bertino Beaser, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

    Re:    STILSON, CAROL A.    Case 05-91514-CLB
         Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $11,089.50. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    X    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

    Claimant: AAA Financial Services    Amount $5,126.63    Claims Register #1
              PO Box 15137
              Wilmington, DE 19886-5137

    Claimant: Sears Gold MasterCard    Amount $5,962.87    Claims Register #4
              POB 182156
              Columbus, OH 43218

                                  Morris L. Horwitz, Trustee

N.B. I have contacted counsel for the creditors without success to negotiate these checks.